42 1983

Law Suite

825cv185 / 822cv247

[redacted]

NEBRASKA
DEPT OF CORRECTIONAL SERVICES

LAW Suite
42 1983

[redacted]

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**
**PRIVILEGED MAIL DELIVERY FORM**

X X never received paper work Feb. 10. 2025

8:25cv192

**This section is to be filled out by mail room staff (please print):**

Unit: H3-RF7 Date: 2/10/2025 Defendant

Staff Name: SGT. M,NEFF Signature: [signature]

Inmate's Printed Name: AUSTIN LIGHTFEATHER ID# 216000

**Mail piece information (please print):**

Addressee: AUSTIN LIGHTFEATHER

Sender: US DIST CT

111 S 18TH PLAZA SUITE 1152 OMAHA NE 68102

"It wasn't consential no one ever heard my side" → "Family Funnist Home Videos" needs Investigated

**To be filled out by Delivering Staff (please print):**

Staff's Name (please print): Defendant Cooper. S Rank/Position: CPC

Staff's Signature [signature] Date: 2/11/25 /Time 1340

**Inmate Acknowledgment**

RECEIVED
MAR 14 2025
CLERK
U.S. DISTRICT COURT

Please respond, "Yes," or "No," to the statements below:

____ I am the inmate named on this form.

____ I am expecting the mail piece listed above

according to staff

Inmate's Printed Name: ____ ID# ____

*Inmate's Signature:* "UNABLE TO SIGN" Date: ____ /Time ____

**To be filled out by Witnessing Staff if Inmate Refuses to sign**

Inmate Refused to sign: ____ Defendants

Staff Name: Cpl. Padia

Staff Signature as Witness: [signature]

"AFHV"
American Family Home Videos

Noted Concerns: UNABLE TO SIGN DUE TO PLAN A COPY PLACED IN PROPERTY

Never reviewed The $300,000.00 Dollars For 822cv247

205.01 Attachment D

Leave To proceed in forma pauperis 28 USCA 1915
motion [42 1983] part 6

I Am suing For ~~[illegible]~~ many Reasons; Please have the Bethelham, Hospital contacted and to see who my Israeli next to ken is. my Father died in california visiting my Grandparents, my mother tried to get me on the air plain but I was denied at 2½, 3 years old, and my mother was killed, "murdered", at the air port. Jeff Bower was there. I had no Family cps DHHS california picked me up and Brenda Quarry Bower adopted me. Then in 1995 I was moved to Nebraska. I am seeking video or photos as relief discovery under 16.1 civil rule. my mother only purchased 1 air line ticket that day. The Air patrol wouldn't let us leave to Israel. She didn't have the money For 2 tickets. She was going to report what Jeff did to my Father He murdered him, San Bernardino police were investigating Jeff, when he killed the officer and escaped. I am suing to have a Holiday named "LightFeather Day", and am seeking $120 million dollars From Defendants Brenda stinson, Dustin Bower, pierce Bower, Justin Bower, Valeri noble, Drue Bower, kerri paulson, San Bernardino Air Port, San Bernardino police, and Lincoln city police Depart- And their incarceration. For my loss of my liberty incarceration

NATION OF ISRAEL

[redacted] Autism ... Please investigate

# Disiplinary Complaint COURT

[redacted] 821cv119 (Suing both Judges) on cc [redacted]

[redacted] (pro se) Judge Joe Batallion Nebraska

"Lightfeather DAY"

Judge Batallion like Judge Richard G. Kopf has denied all of my claims against me, when I appeale my cases Judge Kopf ordered that I go through his office of Jurisdiction during Circuit 8 court filing of Federal appeal "3" Judge panal vote. which is against pro se guidelines, pro se guidelines state my IFP is adaquite to file an appeal in 30 da under 28 USCA 1915 IFP of 1996. Joe Batallion believed Devon Woods' story and accepted how I was incarcerated in 2009 for a robbery with a [redacted] native American, Charles Richard Eagleboy, that happend on August 3rd, 2009 in Lancaster County Nebraska. I have experienced prejudice from denials from being ISRAELITE If you look at Judge Batallions history he has denied many ISRAELITE peoples their right on pro se cases. I request you accept this case, these Dockets for filing my civil claim and Investigate 824cv116 Lightfeather vs. [redacted] BSDE, where I was denied based on [redacted] needed [redacted], that had nothing to do with my case 821cv116 with Judge Kopf. Judge Batallion did the same thing with 822cv247, 821cv169 and 821cv115 when I sued The [redacted] Beatrice, Nebraska [redacted], which I am suing with in this claim as well. This Disiplinary needs to be read carefully and needs to be on the news for media to press for the public to see and view. For Judge Batallion to be held accountable for denying my case after case just like Judge Kopf did.

Respectfully Submitted: [signature] [redacted]

[redacted] February 25th, 2025

motion? "Please subpeana court records of Judge McManaman regarding 21-2143 to show no rape ever happend. That Brenda was assaulted murdering my parents, of another race." to not suppress?

I am 100% Jewish

X [redacted] "Disciplinary Court Filing
Please review Back Page TOO,

in these matter.

~~an appearance, or the court appoints counsel. A case may be restored to the pro se docket if counsel is given leave to withdraw and no plaintiff is represented by counsel.~~

Please read the blue ink.

6. ~~A supervising pro se judge will enter a standard text-only order directing the clerk's office to remove a case from the pro se docket when the court has entered an order directing service of process and no plaintiff in the case is incarcerated.~~

821cv116
821cv115

7. In The matter of 821cv116 the case was granted ~~In accordance with the definition of the pro se docket set forth in the preceding paragraphs, a case may involve pro se litigants, but not be a part of the court's pro se docket.~~

[redacted] 8. yet Judge Batalion wanted 3 last names For proceed ~~"Pro Se Docket" is listed as the "Referral Judge" in CM/ECF whenever a case is assigned to the pro se docket.~~ to service, making the matter very

[redacted]

~~Responsibilities of the Pro Se and Death Penalty Law Clerks~~

difficult on me knowing I couldn't come up with

9. ~~The pro se law clerks' responsibilities are conterminous with the pro se docket, except as provided in paragraphs 10 and 11.~~ them, on purpose to throw my Chances of having a case. Even after Beatrice

10. ~~The pro se law clerks are not responsible for cases that have been set for trial following the entry of a pretrial conference order. However, the pro se law clerks will address any non-trial related motions that may be pending at the time of the pretrial conference.~~

charges were dropped against me, with the assault

11. ~~The pro se law clerks are not responsible for evidentiary hearings that are conducted by a magistrate judge but will continue to handle all other matters in the case.~~

This is racial and has been unaddressed and for

12. ~~The chambers of the individual judges may relieve the pro se law clerks of responsibility for a particular case, or for a particular matter within a case. Such decisions will be made on an ad hoc basis and will be made jointly by the assigned judge and a supervising pro se judge.~~ argument of the 9th Amendment I believe I had the victory yet he through a loop hole at me,

13. ~~When the district is allotted a death penalty law clerk position, the death penalty law clerk is responsible for death penalty cases to the extent authorized by the presiding judge assigned to the death penalty case. In addition, the death penalty law clerk assists the pro se law clerks, consistent with the intentions of the Judicial Resources Committee and the Judicial Conference when the pro se and death penalty formulae were approved.~~

knowing I couldn't beat the loop hole he through.

~~Management of Pro Se Cases~~

Then because in case 821cv115 I couldn't remember

14. ~~Judge Bataillon and Judge Gerrard are the supervising pro se judges and are assigned the overall responsibility for management of cases assigned to the pro se docket.~~

the exact day "Jevon" rapped me he went scott Free

15. ~~Magistrate Judge DeLuca is the magistrate judge assigned to the pro se docket. Whenever a case is removed from the pro se docket, the clerk's office will assign a magistrate judge to the case in accordance with its established procedures for assigning magistrate judges in civil cases.~~

PREA Patient ... Prisoner rape elem... Ac...

The word Investigate is to investigate the [redacted] case - 821cv189 -

BCW Grant Jensen used Westly Riener to pretend to be a victim when I never forged him for anything based on his store canteen

Investigate 821cv169 -

review 822cv247 up date

I am Filing a new case of Jewish Hate Crimes

NDCS Defendants: Kerri Paulson and Elizabeth Archer are using my autism diagnoses as a means to profile me as a "sex offender", wrongfully violating my 5th Amendment, stereotyping me after I was sexually assaulted.

X 822cv208 / 825cv56 / 822cv247 / 821cv116 / 822cv204
4:20cv3118 [illegible]

[redacted]

3 / ~~16. A district judge assigned to a case included on the pro se docket retains decisional autonomy as to all aspects of the case except that the supervising pro se judges may enter orders consistent with their responsibilities as supervisors of the pro se docket.~~

– Disciplinary Action Requested –

3 / ~~17. The chief judge delegates the day-to-day supervision of the pro se and death penalty law clerks to the supervising pro se judges.~~ A He threatend to shoot me or kill me

Defendant: SGT. Dames constently tells me he will Fight me and that he

~~Scheduling, Progression, and Discovery in Pro Se Cases~~

believes I am a pussy, and he brings up past events between

4 / ~~18. Scheduling, progression, and discovery in pro se cases are governed by Nebraska Civil Rule 16.1.~~ US

My hope, To move back to "Israel" where I was born, to leave the U.S. Forgood.

Assignment of Pro Se Cases

5 / ~~19. Unless ordered otherwise, all cases filed on the pro se docket on or after January 6, 2025, are randomly assigned to either Judge Bataillon or Judge Gerrard.~~ For the courts to issue a plain ticket

DATED this 6th day of January 2025. [illegible]

Case 321cv139 [illegible]

My Father is not [illegible] BY THE COURT: [illegible]

Def. Jeffrey H. Bower

Defendant Corpl. Cooper stool my $ money In 822cv247 The judge did not follow up with this.

my mother is not Def. Brenda mae stinson by blood.

Robert F. Rossiter, Jr.

Chief United States District Judge

Chief Judge Robert Rusitenh will you please re-investigate the Disciplinary request on judge kopf and Batalion; who have continued to deny my claims as (pro se). I understand kopf has resigned. X ✿ X

In case 821cv139 please update how my mother is an Israelite, and my Father is Israelite "Both" my parents are Israelites.

42-1983
I want to be burried in Israel If I die in the custody of NDCS, to be remembered!

[illegible]



[illegible]

Please ~~Investigate~~ case 822cv211, 822cv204 and 4:20cv3118; And 822cv247 = 821cv139 ~~Disciplinary~~ Action

I seek for cases to be re-Investegated, to protect me and others of ISRAELITE bloodlines when Filing in Nebraska State Court of Federal Jurisdiction, based on the prejudice acts of dismissing each claim I Filed with Richard Kopf, and Joseph Batalion. There are supported documents that I am ~~An~~ ISRAELITE that my mother was an Israelite, and my Father WAS ISRAELITE. I Filed against both of my nations in claim 821cv139 Lightfeather vs. ~~Choctaw Nation~~ - Please remove - and Nation of Israel, based on me reaching out and they denying me support. Choctaw Nation claimed I was not on their DNA scroll to receive a trible number to gain a trible attorney. The Nation of Israel never wrote me back. Yet, according to San Bernardino, CA. DHHS Child protective services documents of 1992 I was born in the country Israel. My mother of biological Israeli blood was killed at an air port in San Bernardino, CA. When she tried to board me on to the air plain, to return to Israel. Vital records changed my birth certificate to ulter it to cause ~~problems~~ to the from 88 nazi retalitators, after my mothers death before boarding the plain. The Judge wasn't wanting to take my claim for me to explain any of this which I never got too. I later motioned to have this reopened after Jail clp. Mozbof tried to stripe me of my American citizenship in 202~~2~~ of February, with the USMC.

In case 821cv169 Judge phillips had a chance to grant me a injection for relief but denied me. For The record, of This case, "I Love The Nation of Israel!" It is my Home).

H4RG5

**FROM MAIL ROOM**

To Lightfeather No. ______________ →

Mail Will Be Resealed When Sent

**REASON RETURNED**

needs stamp!

You may only mail 1.0 oz per letter envelope & 3.oz for large envelope. This needs two envelopes.

Public Notary Document - Disciplinary on Judges - And 42 USCA 1983 Lawsuit

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

# INMATE INTERVIEW REQUEST

TO: Canteen Supervisor DATE: 2-21-2025

FROM: Austin Lightfeather 216[illegible] (NAME / NUMBER) RTC (FACILITY) RC 05 H (LOCATION)

WORK LOCATION: ______ UNIT STAFF: ______

MESSAGE: I ordered canteen as much as $244 dollars worth or so this February 2025 around Feb. 11th. I never received it. I received my canteen in January 2025 for $42 dollars, but not my February. That money could've gone toward my [illegible] that I owe $244 on. It is unfair and [illegible] to take my money when I do not receive anything. Please place the February funds back on to my account or provide the order. If you don't I will call my adopted mother and I will tell her how you are [illegible] my store with my money for other inmates, and have [illegible] [illegible] [illegible] [illegible] with you directly to [illegible] [illegible] me because I am an [illegible] Jew, and this is a [illegible] act against me.

Austin E. Lightfeather 216[illegible]

Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: $0.00 on 2-19-25 / Nothing on 2-11-25 / Nothing on 2-5-25

Public notary

Austin E. Lightfeather
216[illegible]

Date 2-26-2025

County Lancaster
State NE

Stamp

General Notary - State of Nebraska
NICHOLAS NEUJAHR
My Comm. Exp. Oct. 1, 2028

Signature

Date Signature

DCS-A-adm-013 (rev. 1/2017)

Page 1 of 2

Federal
US District Court Chap 42
Pro se
Neb. 1983

Austin Edward Lightfeather #216000
Plaintiff / petitioner "Israelite" [redacted]

vs. 1 Judge Batahoy, 2 Judge Richard Kopf, 4 last names
3 Brenda Mae stinson, Bower, Howard, Quarry
4 Dustin H. Bower, 5 Justin R. Bower,
6 Pierce L. Bower, 7 Drue L. Bower,
8 Valerie Noble Bower; 9 Jennifer noble,
10 Jeffrey H. Bower, 11 Jay Glenn stinson,
12 Jean stinson, 13 Tyler stinson, 14 Ryan stinson,
15 spencer stinson, 16 Roilyn stinson,
17 LPD Armstrong, 18 Developmental Disabilities
kim Dumass, 19 Taylor Daro, 20 Jevon woods,
21 Tony Green, 22 BSDC Tammy, 23 BSDC
crystle Brown, 24 BSDC melissa king,
25 BSDC Devin choat, 26 BSDC jessica Acosta,
27 BSDC Ashely Lefty, 28 Beatrice Attorney Lee
Timan, 29 Beatrice Judge Timm, 30 Beatrice
sheiriff Gustusen, 31 Beatrice sheriff
Malinda and 32 Trevor, 33 Lancaster county
sheriff Terri wagner, 34 Lancaster county
psych. ph.D. Hartman, First name claudius
M.D., 35 public Defender Todd C. Molvar,
36 Deputy county Attorney christopher Turner,
37 Lancaster county jail officer Turner,
38 officer Gregery, 39 County attorney patrick
condon, 40 Hastings NE Lindsy Hemberger,
41 NDCS Sgt wentz, 42 NDCS kern paulson, 43 NDCS
Elezebeth Hickman, 44 NDCS Gina Johnson, 45 NDCS
corpl. Hoffman, 46 NDCS Grant Jensen, 47 NDCS
kim Iseble, 48 NDCS Eric stiegert, 49 NDCS cpl.
cody miller, 50 NDCS Anna Lewis, 51 NDCS wagner,
52 NDCS Andrew carico, 53 inmate Kenneth Buckingham
54 inmate Pavey, 55 inmate Brian Anderson, 55 inmate
56 Austin Jordi; Defendants in Individual compacites

Edward R. Hamilton, Bookseller Company
PO Box 15 • Falls Village, CT 06031-0015
service@HamiltonBook.com

# Bargain Books

## Saving book lovers money for 50 years!

## OUR GUARANTEE

**You must be satisfied with any item purchased from this catalog or return it within 60 days for a full refund. No questions asked.**

## *Order all you want for one low $4.00 Shipping & Handling charge.*

This catalog contains publishers' closeouts, overstocks, remainders, and current titles at special prices. Current titles are marked with a ★. All items are new, and all books are hardbound unless marked otherwise. Items marked "Shopworn" may have scuffed covers or edges, or other minor imperfections. Items marked "No Jacket" are being sold without the dust jacket.

Shipment is normally within 48 hours. Some items may be temporarily out of stock, in which case a second shipment will be made, normally in 14 days, but in no case later than 60 days. **Most items are in limited supply and at these prices may sell out fast.** If any item is sold out your money will be refunded by bank check.

*In order to allow the lowest possible prices, we do no billing and do not accept credit cards. However, the items in this catalog may be obtained online from HamiltonBook.com using MasterCard, VISA, or PayPal.*




**See all Books, DVDs, and CDs at**

## HamiltonBook.com

***Filling out an order form made easy!***

*Go to **HamiltonBook.com/catalog** and fill out our Quick Catalog Order Form. Enter the stock numbers and add the items to your shopping cart. You can print out an order form and mail it in or place your order immediately using a credit card or PayPal.*




## Share a catalog with a friend

Would any of your friends like a copy of our catalog? Just list their names and addresses below and a catalog will be mailed to them.

Name: Joshua Collins
Address: PO Box 22800
City: Lincoln State: NE. Zip: 68542

Name
Address
City State Zip

Name
Address
City State Zip

Name
Address
City State Zip

# ORDER FORM

**Edward R. Hamilton Bookseller Company**
PO Box 15 • Falls Village, CT 06031-0015

N29252318 C5924
Austin Lightfeather
#216000 SCI
PO Box 22800
Lincoln NE 68542-2800

Tax rate for 68542: 7.25%

*We ship all packages by United States Postal Service – PO Boxes are acceptable.*

**SHIP TO:** *(if different from address at left)*

Name Austin E. Lightfeather #216000
Address Po Box 22800
"Lincoln, NE. 68542"
City Lincoln State NE Zip 68542

*State sales tax is based on delivery address – see below*

| | QUANTITY | ITEM NUMBER | TITLE | PRICE |
|---|---|---|---|---|
| 1 | 1 | 3956555 | I escaped from Auschwitz by. R. Vrba | $5.95 |
| 2 | 1 | 7946813 | Commanders of Auschwitz The SS officers who ran the largest nazi concentration camp 1940-1945 | $22.95 |
| 3 | 1 | 7773498 | We are witnesses: Five diaries of teenagers who died in the Holocaust | $7.95 |
| 4 | 1 | 8167974 | Valor: The Astonishing WWII saga of one man's defiance and indomitable spirit | $6.95 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

Postage & Handling may be taxable (See the inside front cover of this catalog) **Postage & Handling $4.00**

**Sales Tax** $ 3.44

*Some states may have a delivery fee.* (See the inside front cover) **Delivery Fee** (If applicable) $ 4.00

*You may make checks payable to "ERHBC"* **Amount Enclosed** $ 51.24

We are required to collect applicable state sales tax (which may include city and county taxes) based on the **delivery address** of your order. **If tax is due and your order will be shipped to the address preprinted above, your tax rate is printed under the address.**

**If you are shipping this order to an address other than the address preprinted above, please see the inside front cover of this catalog for more information about the correct sales tax rate.**

***Note that some states may also have a delivery fee.***

***To get the total sales tax rate including local taxes, go to HamiltonBook.com/tax***

**Scan to get the total tax rate including local taxes.**

***Filling out an order form made easy... and sales tax computed automatically!***

*Go to **HamiltonBook.com/catalog** and fill out our Quick Catalog Order Form. Enter the stock numbers and add the items to your shopping c... print out an order form and mail it in or place your order immediately using a credit card or PayPal.*

Inmate Name Austin Lightfeather
(First) (Last)
Inmate # 216000
PO BOX 22800
Lincoln NE 68542-2800

Notice this correspondence was mailed from an Institution operated by Nebraska Department Of Correctional Services. It contents are Uncensored.

OMAHA NE 680
10 MAR 2025 PM 3 L




Nebraska
US District Court
111 S. 18 plaza
ST. 1152
Omaha, NE 68102

[redacted]

RECEIVED
MAR 14 2025
CLERK
U.S. DISTRICT COURT

Legal mail

68102$2077 C016