IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

GRANT JENSEN, et al.,

Defendants.

**8:25CV192**

**MEMORANDUM AND ORDER**

This matter is before the Court on what the Court construes as Plaintiff's motion for an extension of time filed in conjunction with his amended complaint, which the Court received on January 29, 2026. Filing No. 64. Plaintiff states he was unable to meet the January 21, 2026, deadline to file his amended complaint due to prison officials' failure to provide him with envelopes and postage prior to the deadline as Plaintiff requested. Upon consideration,

IT IS ORDERED that:

1.     Plaintiff's motion for an extension of time, Filing No. 64, is granted. Plaintiff's amended complaint filed on January 29, 2026, is deemed timely.

2.     Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915A. The Court will conduct this initial review in its normal course of business.

Dated this 3rd day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2